**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05873

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>George R. Wendell and Catherine T. Wendell<br><br>          Debtors.<br>─────────────────────────<br>Wells Fargo Bank, N.A.<br><br>          Movant,<br>vs.<br><br>George R. Wendell and Catherine T. Wendell, Debtors; David M. Reaves, Trustee.<br><br>          Respondents. | No. 2:10-bk-04962-RJH<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>8346 North 72nd Place<br>Scottsdale, AZ 85258 |

      Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 10th day of March, 2010.

> Respectfully submitted,
>
> TIFFANY & BOSCO, P.A.
>
> BY /s/ MSB # 010167
> Mark S. Bosco
> Leonard J. McDonald
> Attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

George R. Wendell and Catherine T. Wendell filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. David M. Reaves was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

PARCEL NO. 1:

A Leasehold as created by that certain lease dated January 13, 1985, exceecuted by Herberger Enterprises, Inc. an Arizona corporation, as Lessor and George R. Wendell and Catherine t. Wendell, husband and wife as joint tenants with right of survivorship as lessees, as referenced in the document entitled "Briarwood VI Lot 39 Lease dated January 13, 1985", which recorded June 24, 1985 in Instrument No. 85-289357, for the term, upon and subject to all the provisions contained in said document, and in said lease and said lease in instrument recorded March 16, 1998 in Instrument No. 98-0201504.

EXCEPT all improvements located thereon.

PARCEL No. 2:

ALL IMPROVEMENTS located on Lot 39, BRIARWOOD VI, according to Book 227 of Maps, Page 49 and Certificate of Correction recorded in Docket 16060, Page 903, records of Maricopa County, Arizona.

Debtors executed a Note secured by a Deed of Trust, dated November 13, 2007, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Debtors are in default on the obligations to Movant for which the property is security, and payments are due under the Promissory Note from and after January 1, 2010.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtors failure to make payments on a timely basis.

Movant is informed and believes and therefore alleges that the Debtors and the bankruptcy estate have no equity in the property. Pursuant to Debtors' Statement of Intentions the debtors intend on surrendering the title and possession interest in the subject property. A true and correct copy of the Debtors' Statement of Intention is attached hereto as Exhibit "C".

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 8346 North 72nd Place Scottsdale, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 10th day of March, 2010.

TIFFANY & BOSCO, P.A.


By  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
    Attorneys for Movant